No. 86–1115. LOUISIANA LAND & EXPLORATION CO. v. TEXACO INC. Sup. Ct. La. Motions of Louisiana Landowners

Association, Inc., and National Association of Royalty Owners, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.